THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANNE MOLINARI,

                Plaintiff,

   v.

LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME IMPROVEMENT, a Washington Corporation,

                Defendant.

No. 3:15-cv-05295-RBL

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY CUTOFF AND OTHER DEADLINES

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY CUTOFF AND OTHER DEADLINES
(Cause No. 3:15-cv-05295-RBL)
Page i

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

1. Pursuant to FRCP 16, Plaintiff Anne Molinari and Defendant Lowe's Home Centers, LLC, (collectively, "the Parties"), respectfully request that the Court modify the current case schedule to extend the discovery cutoff by one month and the dispositive motions deadline by two weeks. The parties have conferred and believe they have good cause to extend these deadlines.

### A.   STATEMENT OF FACTS

2. Plaintiff filed her Complaint for Damages on May 5, 2015. The current trial date is June 12, 2017 and the current discovery cutoff is February 13, 2017.

3. The parties have exchanged written discovery, and engaged in meet and confer discussions regarding the written discovery. The parties have cooperatively worked together to complete written discovery without the need for discovery motions. After exchanging written discovery, the Parties met and conferred regarding a plan to mediate this case prior to completing depositions, thereby avoiding substantial fees and costs. The Parties plan to mediate this case in February 2017 and thus require additional time to complete depositions beyond the February 13 discovery cutoff, should the mediation fail.

4. On January 26, 2017, the Parties held a phone conference with James Seely, law clerk to the Honorable Judge Leighton, to discuss extension of these deadlines. Mr. Seely informed the Parties that the Court was likely to modify the scheduling deadlines based on the Parties' agreement, where the Parties are not seeking to move the trial date. He permitted the Parties to note this discussion in this motion.

5. Extending the discovery cutoff by one month for the limited purpose of completing depositions, and the dispositive motions deadline by two weeks will permit the Parties to engage in mediation, while still having sufficient time to complete depositions, should they fail to settle the case.

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY
CUTOFF AND OTHER DEADLINES
(Cause No. 3:15-cv-05295-RBL)
Page 1

**THE BLANKENSHIP LAW FIRM, P.S.**
1000 Second Avenue, Suite 3250
Seattle, Washington  98104
(206) 343-2700

6. The Parties, through their counsel, thus jointly represent that they have "good cause" to extend these deadlines and request an order from this Court modifying the current case schedule. FRCP 16(b).

7. Extension of these deadlines would modify the case schedule as follows:

   a. The discovery cutoff would be moved from February 13, 2017 to March 13, 2017 for the limited purpose of completing depositions. The parties anticipate that they should be able to complete all other discovery by the Court's current cut-off of February 13, 2017.

   b. The deadline for filing dispositive motions would be moved from March 14, 2017 to March 28, 2017.

### B. EVIDENCE RELIED UPON

The Parties rely upon this Motion and the pleadings, files and records in this proceeding.

### C. AUTHORITY AND ARGUMENT

This Motion is based upon the Federal Rules of Civil Procedure, corresponding case law, and the Court's power to control its calendar. Orders entered before the final pretrial conference may be modified upon a showing of "good cause." *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 608 (9th Cir. 1992) (citing Fed.R.Civ.P. 16(b)). Here, "good cause" exists for modifying the current scheduling deadlines. As discussed in the Statement of Facts, the Parties jointly seek modification of the scheduling order, in order to allow time for settlement negotiations prior to completing depositions.

### D. CONCLUSION

For the above-stated reasons, the Parties respectfully request that the Court grant their Stipulated Motion and request a revised case scheduling order extending the discovery cutoff and dispositive motions deadline as described above.

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY CUTOFF AND OTHER DEADLINES
(Cause No. 3:15-cv-05295-RBL)
Page 2

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

STIPULATED to this 26th day of January, 2017.

Attorneys for Lowe's Home Centers, LLC:          Attorneys for Anne Molinari:

By: s/ Susan S. Joo                               By: s/ Scott C. G. Blankenship
    M. Brett Burns, *Admitted Pro Hac Vice*       Scott C.G. Blankenship, WSBA #21431
    Susan S. Joo, *Admitted Pro Hac Vice*         Robin J. Shishido, WSBA #45926
    Hunton & Williams LLP                         1000 Second Avenue, Suite 3250
    575 Market Street, Suite 3700                 Seattle, WA 98104
    San Francisco, California 94105               Tel: 206.343.2700
    Telephone: (415) 975-3700                     Fax: 206.343.2704
    Facsimile: (415) 975-3776                     sblankenship@blankenshiplawfirm.com
    mbrettburns@hunton.com                        rshishido@blankenshiplawfirm.com
    sjoo@hunton.com

By: s/ Boris Gaviria
    Boris Gaviria, WSBA #31251
    Davis Wright Tremaine LLP
    777 - 108th Avenue NE, Suite 2300
    Bellevue, WA 98004
    Tel:    425.646.6100
    Fax:    425.646.6199
    borisgaviria@dwt.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

    DATED this 27th day of January, 2017.

_____
Ronald B. Leighton
United States District Judge